ISAAC SMITH, Respondent, v. WOODBURY FARMS AND REALTY CORPORATION, Appellant.—

Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur.